UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID JOHNSON,<br><br>   Plaintiff,<br><br> vs.<br><br>ANOUSHEN and ARIA AFJEI,<br><br>   Defendants.<br>_____<br><br>AND THIRD PARTY ACTION. | Case No: C 09-3082 SBA<br><br>**ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEYS OF RECORD FOR DEFENDANTS AND THIRD PARTY PLAINTIFFS ANOUSHEN AFJEI AND ARIA AFJEI**<br><br>Docket 14 |

  The parties are presently before the Court on the motion of Timothy C. Williams, Alexander Floum, Douglas K. Poulin and The Williams Firm to Withdraw as Counsel for Defendants and Third Party Plaintiffs, Ahoushen Afjei and Aria Afjei. (Docket 14.) The Court's Civil Local Rules authorize an attorney to withdraw as counsel of record so long as he or she (1) provides written notice to the client and all other parties in the action and (2) obtains leave of court. Civ. L.R. 11-5(a); Darby v. City of Torrance, 810 F. Supp. 275 (C.D. Cal. 1992). Permission to withdraw is discretionary. See Washington v. Sherwin Real Estate, 694 F.2d 1081, 1087 (7th Cir. 1982).

  The Williams Firm and its attorneys have provided notice of the instant motion to Anoushen Afjei and Aria Afjei, as well as to the other parties. The motion is noticed for hearing on April 27, 2010. Under Local Rule 7-3(a), any opposition to the motion was due by April 6, 2010. The Court's Standing Orders provide that the failure to oppose a motion may be construed as a consent to the granting of such motion. The Court has received no response to the motion and counsel has indicated that Anoushen Afjei and Aria Afjei do not oppose the firm's withdrawal. In addition, the record supports Counsel's withdrawal on the ground that


Anoushen Afjei and Aria Afjei have ceased paying their fees, in contravention of their agreement. Therefore, having read and considered all papers filed in connection with this matter, and finding good cause therefrom, the Court GRANTS the motion to withdraw. Anoushen Afjei and Aria Afjei are hereby substituted in propria persona in place of The Williams Firm and its attorneys.

Anoushen Afjei and Aria Afjei should be aware that although they are now representing themselves in this action, they nevertheless are obligated to follow the same rules as represented parties. See King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987) (finding that pro per litigants must follow the same procedural rules as represented parties). Self-representation is not an excuse for non-compliance with court rules. See Swimmer v. I.R.S., 811 F.2d 1343, 1344 (9th Cir. 1987) ("[i]gnorance of court rules does not constitute excusable neglect, even if the litigant appears pro se.") (citation omitted). It is Anoushen Afjei and Aria Afjei's responsibility to defend against the complaint and prosecute their third-party action. They must keep the Court informed of any change of address and serve copies of all court filings on all other parties. Failure to comply with any of these requirements may result in the imposition of sanctions, up to and including the entry of a judgment against them and/or dismissal of their third-party complaint. Accordingly,

IT IS HEREBY ORDERED THAT:

1. The motion of Timothy C. Williams, Alexander Floum, Douglas K. Poulin and The Williams Firm to Withdraw as Counsel for Defendants and Third Party Plaintiffs Ahoushen Afjei and Aria Afjei is GRANTED. The Williams Firm and the aforementioned counsel are no longer counsel of record for Ahoushen Afjei and Aria Afjei and shall be terminated in ECF.

2. Up to and including May 8, 2010, all notices, papers, and pleadings that may or must be served on the Ahoushen Afjei and Aria Afjei shall be served upon The Williams Firm by regular or overnight mail, which is ordered to forward any materials received directly to Ahoushen Afjei and Aria Afjei upon receipt. See Civ. L.R. 11-5(b).

3. After May 8, 2010, service upon Ahoushen Afjei and Aria Afjei shall be made directly to them at the following address:

>Ahoushen Afjei
>Aria Afjei
>86 Waterside Circle
>Redwood Shores, CA  94065

4. The Williams Firm shall immediately serve Ahoushen Afjei and Aria Afjei with a copy of this Order and shall thereafter file a proof of service to confirm the same.

5. This Order terminates Docket 14.

IT IS SO ORDERED.

Dated: April 7, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

- 3 -