1 **Phillip G. Vermont, SBN 132035**
pvermont@randicklaw.com
2 **Patrick E. Guevara, SBN 202727**
pguevara@randicklaw.com
3 **RANDICK O'DEA & TOOLIATOS, LLP**
5000 Hopyard Road, Suite 400
4 Pleasanton, California   94588
Telephone       (925) 460-3700
5 Facsimile       (925) 460-0969

6 Attorneys for Third Party Defendant and
Counterclaimant PREFERRED COMMERCE, INC.
7

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| DAVID JOHNSON, | Case No.: C 09-3082 SBA |
| Plaintiff, | **STIPULATION OF DISMISSAL; ORDER** |
| vs. | |
| ANOUSHEN AFJEI and ARIA AFJEI, | |
| Defendants. | |
| AND RELATED THIRD PARTY CLAIMS | |

    The defendants, Anoushen and Aria Afjei, and the Third Party Cross-Defendant, Preferred Commerce, Inc., dba La Tapatia Restaurant, by and through its counsel, Phillip G. Vermont of Randick O'Dea & Tooliatos, LLP, stipulate as follows:

    IT IS HEREBY STIPULATED by and between the parties to this stipulation, the Afjei's (in pro per) and Preferred Commerce, Inc., through its counsel, that the third party action be and hereby is dismissed without prejudice pursuant to F.R.C.P. §41(a)(2).  All claims between the

1  Afjei's and Preferred Commerce, Inc., dba La Tapatia Restaurant, are preserved.

2

3  Date:  July 15, 2010                                    RANDICK O'DEA & TOOLIATOS, LLP

4

5                                                          By: _____
                                                                Phillip G. Vermont
6                                                               Attorneys for Third Party Defendant
                                                                PREFERRED COMMERCE, INC.
7

8

9  Date: _____                               _____
10                                                          ANOUSHEN AFJEI

11 Date: _____                               _____
12                                                          ARIA AFJEI

13

14

15 **IT IS SO ORDERED**.

16 Dated: _7/27/10                                         _____
                                                            SAUNDRA BROWN ARMSTRONG
17                                                          United States District Judge

18

19

20

21

22

23

24

25

26

27                                                                                              2

28                                    STIPULATION OF DISMISSAL; ORDER
                                                  220022

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAVID JOHNSON,

       Plaintiff,

 v.

ANOUSHEN AJFEI et al,

       Defendant.
_____/

Case Number: CV09-03082 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anoushen Afjei
86 Waterside Circle
Redwood Shores, CA 94065

Aria Afjei
86 Waterside Circle
Redwood Shores, CA 94065

Dated: July 27, 2010

                                                    Richard W. Wieking, Clerk
                                                        By: LISA R CLARK, Deputy Clerk